UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REYNOLDS FAMILY REVOCABLE TRUST U/A DATED 04/08/2015,

Plaintiff,

v.

CHARLES R. SCHWAB, et al.,

Defendants.

Case No. 23-cv-02938-RFL

**JUDGMENT IN A CIVIL CASE**

Re: Dkt. No. 53

Pursuant to the Court's order granting motion to dismiss (Dkt. No. 53), judgment is entered in favor of Defendants, and against Plaintiff.

Dated: March 3, 2025

Mark B. Busby
Clerk, United States District Court

By: M Lock

Melinda K. Lock, Deputy Clerk to the Honorable Rita F. Lin